UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __22-60007-CR-SMITH/VALLE

18 U.S.C. § 670(a)(6)
18 U.S.C. § 982

UNITED STATES OF AMERICA

v.

ALEXANDER G. JOLLY,
KENOLD MILLION,
and
PIETRO FELIPE SINCLAIR,

      Defendants.
_____/

```
FILED BY_____AT_____D.C.

Jan 20, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL
```

**INFORMATION**

The United States Attorney charges that:

**COUNT 1**
**Conspiracy to Commit Theft of Pre-Retail Medical Products**
**(18 U.S.C. § 670(a)(6))**

From in or around August, 2020, and continuing through on or about August 25, 2020, the

exact dates being unknown to the United States Attorney, in Broward County, in the Southern

District of Florida, and elsewhere, the defendants,

**ALEXANDER G. JOLLY,**
**KENOLD MILLION, and**
**PIETRO FELIPE SINCLAIR,**

being employees and agents of organizations in the supply chain for pre-retail medical products,

that is, nitrile examination gloves and N95 respirator masks, did willfully, that is, with the intent

to further the object of the conspiracy, and knowingly combine, conspire, confederate and agree

with each other and with others known and unknown to the United States Attorney to knowingly

embezzle, steal, and by fraud and deception obtain and knowingly and unlawfully take, carry

away, and conceal said pre-retail medical products, having a value of $5,000 or greater, in and

using any means and facility of interstate commerce, in violation of Title 18, United States Code,

Section 670(a)(1).  All in violation of Title 18, United States Code, Sections 670(a)(6), (b)(1),

and (c)(2).

## FORFEITURE ALLEGATIONS

1.      The allegations of this Information are re-alleged and by this reference fully

incorporated herein for the purpose of alleging criminal forfeiture to the United States of America

of certain property in which the defendants, **ALEXANDER G. JOLLY, KENOLD MILLION,**

and **PIETRO FELIPE SINCLAIR,** have an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Section 670, as

alleged in this Information, the defendants shall forfeit to the United States of America any

property, real or personal, which constitutes or is derived from proceeds traceable to the offense,

pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 18, United

States Code, Section 2461(c).

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

JAMES M. USTYNOSKI
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.

Alexander G. Jolly, et. al.,

_____ Defendants/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New defendant(s)  ☐ Yes  ☐ No
Number of new defendants  _____
Total number of counts  _____

**Court Division:** (Select One)
☐ Miami  ☐ Key West  ☑ FTL
☐ WPB  ☐ FTP

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No** _____
   List language and/or dialect _____

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   | | | |
   |---|---|---|
   | I | 0 to 5 days | ☑ |
   | II | 6 to 10 days | ☐ |
   | III | 11 to 20 days | ☐ |
   | IV | 21 to 60 days | ☐ |
   | V | 61 days and over | ☐ |

   (Check only one)
   | | |
   |---|---|
   | Petty | ☐ |
   | Minor | ☐ |
   | Misdemeanor | ☐ |
   | Felony | ☑ |

6. Has this case previously been filed in this District Court? (Yes or No) **No** _____
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **Yes** _____
   If yes: Magistrate Case No. **20-MJ-6381-Strauss**
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No** _____

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No** _____

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No** _____

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No** _____

James M. Ustyn̄

JAMES USTYNOSKI
Assistant United States Attorney
Court ID No.    A5502615

*Penalty Sheet(s) attached

REV 3/19/21

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** ALEXANDER G. JOLLY

**Case No:** _____

Count  #: 1

Conspiracy To Commit Theft Of Pre-Retail Medical Products

18 U.S.C. § 670(a)(6)

**\* Max.Penalty:** 20 years' imprisonment; 3 years' of supervised release; $1,000,000 fine

Count  #:

_____

_____

**\*Max. Penalty:**

Count  #:

_____

_____

**\*Max. Penalty:**

Count  #:

_____

_____

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

<u>PENALTY SHEET</u>

**Defendant's Name:** KENOLD MILLION

**Case No:** _____

Count #: 1

Conspiracy To Commit Theft Of Pre-Retail Medical Products

18 U.S.C. § 670(a)(6)

**\* Max.Penalty:** 20 years' imprisonment; 3 years' of supervised release; $1,000,000 fine

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

<u>PENALTY SHEET</u>

**Defendant's Name:** PIETRO FELIPE SINCLAIR

**Case No:** _____

Count #: 1

Conspiracy To Commit Theft Of Pre-Retail Medical Products

18 U.S.C. § 670(a)(6)

**\* Max.Penalty:** 20 years' imprisonment; 3 years' of supervised release; $1,000,000 fine

Count #:

_____

_____

**\*Max. Penalty:**

Count #:

_____

_____

**\*Max. Penalty:**

Count #:

_____

_____

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 22-60007-CR-SMITH/VALLE |
| ALEXANDER G. JOLLY | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Marco Antonio Quesada
*Printed name of defendant's attorney*

_____
*Judge's signature*

Jared M. Strauss, U.S. Magistrate Judge
*Judge's printed name and title*

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 22-60007-CR-SMITH/VALLE |
| KENOLD MILLION | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Sebastian Cotrone
*Printed name of defendant's attorney*

_____
*Judge's signature*

Jared M. Strauss, U.S. Magistrate Judge
*Judge's printed name and title*

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 22-60007-CR-SMITH/VALLE |
| PIETRO FELIPE SINCLAIR | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

**Jason Wyatt Kreiss**
*Printed name of defendant's attorney*

_____
*Judge's signature*

Jared M. Strauss, U.S. Magistrate Judge
*Judge's printed name and title*